TANYA A. GUZMAN, State Bar No. 252256
2244 Walnut Grove Avenue
Rosemead, CA 91770
Tel: (626) 302-6976
Email: tanya.a.guzman@sce.com
Attorney for Defendants
DEFENDANTS SOUTHERN CALIFORNIA EDISON COMPANY, EDISON INTERNATIONAL, ALICIA PILLADO, MICHAEL DIAZ

DAVID S. SECREST, State Bar No. 142299
629 State Street, Suite 215
Santa Barbara, CA 93101
Tel: (805) 770-2660
Email: dave.secrest@me.com
Attorney for Plaintiff: THOMAS H. WAGNER

## *UNITED STATES DISTRICT COURT*

## *CENTRAL DISTRICT OF CALIFORNIA*

| | |
|---|---|
| THOMAS H. WAGNER, | Case No.: 2:16-cv-06259-ODW (PLAx) |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATED PROTECTIVE ORDER** |
| SOUTHERN CALIFORNIA EDISON COMPANY; EDISON INTERNATIONAL; ALICIA PILLADO; MICHAEL DIAZ; and DOES 1-20, inclusive | |
| Defendants. | |

The parties have shown good cause for a protective order to protect the unauthorized disclosure of confidential personnel information pertaining to third-party non-litigants, and Defendants' proprietary business information. Therefore, the Court orders compliance with the procedures and designations as stated in the Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED: October 18, 2017

*Paul L. Abrams*
_____
**HON. PAUL L. ABRAMS**
**U.S. MAGISTRATE JUDGE**